**Electronically Filed
Supreme Court
SCPW-12-0000841
16-NOV-2012
02:16 PM**

SCPW-12-0000841

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

RICHARD BLAISDELL, Petitioner,

vs.

DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI, and
THE HONORABLE RHONDA A. NISHIMURA, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 11-1-2008)

ORDER DISMISSING MOTION TO EXPEDITE RULING
ON PETITION FOR WRIT OF MANDAMUS
(By: Pollack, J.)

Petitioner Richard Blaisdell submitted a motion to expedite a ruling on his October 5, 2012 petition for a writ of mandamus, which was filed on November 15, 2012.  This court, however, disposed of the October 5, 2012 mandamus petition by order filed on November 15, 2012.  Petitioner's request for an expedited ruling is therefore moot.  Accordingly,

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawaiʻi, November 16, 2012.

/s/ Richard W. Pollack

Associate Justice

